JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICKY ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, DEPUTY JOHN HANSON, DEPUTY RODOLFO SANTANA, AND DOES 3-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 13-7916-GW(JEMx)<br><br>**ORDER OF DISMISSAL OF DEFENDANTS BASED ON STIPULATION** |

## ORDER OF DISMISSAL BASED ON STIPULATION

Based upon the Stipulation of Dismissal and good cause appearing, it is Ordered that the above-captioned action be and hereby is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 12, 2015

_____

Honorable George H. Wu
United States District Judge

HOA.1136355.1

ORDER OF DISMISSAL

CV 13-07916 GW (JEMx)